■ In the Matter of JESSICA N. and Others, Children Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LAURA W., Appellant. [695 NYS2d 842] —Order unanimously affirmed without costs. Memorandum: Family Court properly determined that petitioner met its burden of proving by clear and convincing evidence that respondent, by reason of mental illness, is presently and for the foreseeable future unable to provide proper and adequate care for her children (see, Social Services Law § 384-b [4] [c]; Matter

*of Hime Y.*, 52 NY2d 242, 247). The court-appointed psychiatrist diagnosed respondent as suffering from chronic schizophrenia after interviewing respondent, her caseworker and a counselor, and after reviewing her medical reports from several treatment centers. He concluded that her prognosis for recovery was poor because of her failure to recognize the need for psychiatric treatment and medication (*see, Matter of Bryant S.*, 188 AD2d 1078). The psychiatrist concluded that, if the children were returned to respondent, they would "most certainly be neglected" (*see,* Social Services Law § 384-b [6] [a]; *Matter of Jarred R.*, 236 AD2d 888; *Matter of Joseph R.*, 191 AD2d 1034). Thus, the court properly terminated respondent's parental rights (*see, Matter of Jarred R., supra*). (Appeal from Order of Erie County Family Court, Szczur, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.